# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY WALTERS, | ) |
| | ) Civil Action No. 09 - 579 |
| Plaintiff, | ) |
| | ) Chief Judge Gary L. Lancaster |
| v. | ) |
| | ) |
| SUPERINTENDENT MICHAEL HARLOW; FRED RUFFO; Deputy Superintendent; LT. G. YOCUM; REV. BILL OHL; DOUGLESS MORONSKI, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The above captioned case was initiated on May 12, 2009, by the filing of a Motion to Proceed In Forma Pauperis (doc. no. 1) accompanied by a Complaint. The case was referred to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules.

The Magistrate Judge's Report and Recommendation (doc. no. 32), filed on April 22, 2010, recommended that Defendants' Motion to Dismiss (doc. no. 26) be granted. Plaintiff filed Objections on May 6, 2010 (doc. no. 33). After a *de novo* review of the pleadings and documents in the case, together with the report and recommendation and the objections thereto, the following order is entered:

AND NOW, this 1st day of June, 2010;

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (doc. no. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 32) of Magistrate Judge Lenihan, dated April 22, 2010, is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**. Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure if he so desires.

By the Court:

_____
Gary L. Lancaster
Chief United States District Judge

cc: Jeffrey Walters
HS - 8744
SRCF Mercer
801 Butler Pike
Mercer, PA 16137